UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELICE PATTON ARNOLD,

        Petitioner,

v.                                              Case No. 09-11742
                                                   Honorable Patrick J. Duggan

HEIDI WASHINGTON,

        Respondent.
_____/

## **JUDGMENT**

Petitioner Elice Patton Arnold has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  For the reasons set forth in an Opinion and Order issued on this date,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that the petition for a writ of habeas corpus is **DISMISSED WITH PREJUDICE.**

DATE: May 13, 2009                                   s/PATRICK J. DUGGAN
                                                           UNITED STATES DISTRICT JUDGE

Copy to:
Elice Patton Arnold, #644454
Robert Scott Correctional Facility
47500 Five Mile Road
Plymouth, MI 48170